NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**AUTOMOTIVE BODY PARTS ASSOCIATION,**
*Plaintiff-Appellant*

**v.**

**FORD GLOBAL TECHNOLOGIES, LLC,**
*Defendant-Appellee*

―――――――――

2018-1613

―――――――――

Appeal from the United States District Court for the Eastern District of Michigan in No. 2:15-cv-10137-LJM-RSW, Judge Laurie J. Michelson.

―――――――――

**SUA SPONTE**

―――――――――

Before HUGHES, SCHALL, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of the parties' July 19, 2019 joint response to this court's order to show cause,

IT IS ORDERED THAT:

The opinion issued under seal on July 11, 2019 is hereby unsealed.

FOR THE COURT

July 23, 2019                    /s/ Peter R. Marksteiner
Date                               Peter R. Marksteiner
                                   Clerk of Court